UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.                                              Case No. 2:11-mj-41

JOHN FRANCIS LECHNER,              HON. TIMOTHY P. GREELEY

    Defendant(s).
_____/

## ORDER

Defendant Lechner appeared before the undersigned on September 26, 2011, for a detention hearing and preliminary hearing on the complaint alleging Possession of Explosives by Person Under Indictment. The court found that the testimony presented by the government's witness established probable cause that the defendant committed the offense alleged in the complaint and that he presented a risk of flight and danger to the community. Accordingly, defendant will be detained pending further proceedings.

Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: September 29, 2011        /s/ Timothy P. Greeley
                                         TIMOTHY P. GREELEY
                                         UNITED STATES MAGISTRATE JUDGE